IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOGAN S. SEGER,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF ILLINOIS,<br><br>　　　　　　Respondent. | Case No. 25-CV-00334-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 16, 2025 (Doc. 10), this action is **DISMISSED without prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: May 16, 2025**

　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
　　　　　　STEPHEN P. MCGLYNN
　　　　　　U.S. District Judge